IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA, INC., *et al.*,<br>    Plaintiffs,<br><br>        v.<br><br>COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH, *et al.*,<br>    Defendants. | )<br>)<br>)<br>)<br>) No. 1:11-cv-0630-TWP-DKL<br>)<br>)<br>)<br>) |

## ORDER

The parties having filed their Joint Motion for Entry of Partial Judgment, and the Court having read the Joint Motion and being duly advised finds that it should be granted, and,

IT IS THEREFORE ORDERED that:

a. There is no just reason for delay in entering final judgment with regard to the portion of Count 2 of the Complaint challenging Indiana Code section 16-34-2-1.1(a)(1)(G) as applied to first trimester abortions because the State has not appealed this Court's preliminary injunction concerning application of this statute to first-trimester abortions and does not intend to resist that injunction any further in this Court.

b. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, this Court hereby enters final judgment as to the portion of Count 2 of Plaintiffs' Complaint challenging application of Indiana Code section 16-34-2-1.1(a)(1)(G) to first-trimester abortions and declares that Indiana Code section 16-34-2-1.1(a)(1)(G) is invalid as applied to first-trimester abortions.

c. No other claims in this lawsuit are impacted by this partial final judgment.

10/26/2011
_____
Date

cc:

Kenneth J. Falk
Gavin M. Rose
kfalk@aclu-in.org
grose@aclu-in.org

Roger K. Evans
Planned Parenthood Federation of America
Roger.Evans@ppfa.org

Talcott Camp
American Civil Liberties Union Foundation
TCamp@aclu.org

Thomas M. Fisher
Solicitor General
tom.fisher@atg.in.gov

Heather Hagan McVeigh
Deputy Attorney General
heather.mcveigh@atg.in.gov

Ashley Tatman Harwel
Deputy Attorney General
ashley.harwel@atg.in.gov

Adam Clay
Deputy Attorney General
adam.clay@atg.in.gov

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana