UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:11-cv-0630- TWP-DKL ) |
| COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Plaintiffs, having filed their Motion to Dismiss Carla Cleary, C.N.M., as One of the Plaintiffs in this case; the Court having read the Motion, and Defendant having filed no objection, finds that good cause exists to grant it, and,

IT IS THEREFORE ORDERED that Carla Cleary is DISMISSED from this case.

 11/02/2011
Date

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

cc:

Kenneth J. Falk
Gavin M. Rose
kfalk@aclu-in.org
grose@aclu-in.org

Roger K. Evans
Planned Parenthood Federation of America
Roger.Evans@ppfa.org

Talcott Camp
American Civil Liberties Union Foundation
TCamp@aclu.org

Thomas M. Fisher
Solicitor General
tom.fisher@atg.in.gov

Heather L. Hagan
Deputy Attorney General
heather.hagan@atg.in.gov

Ashley T. Harwel
Deputy Attorney General
Ashley.harwel@atg.in.gov

Adam Clay
Deputy Attorney General
Adam.Clay@atg.in.gov