UNITED STATEST DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA, INC., *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) No. 1:11-CV-00630 TWP-DKL ) ) ) ) ) ) |

**MODIFIED PRELIMINARY INJUNCTION**

This Court having entered a preliminary injunction on June 24, 2011 (ECF No. 80), and the United States Court of Appeals for the Seventh Circuit having affirmed that injunction in part and having reversed it in part and having remanded the case to this Court to modify the injunction in accordance with its decision, and the Court being duly advised, hereby enters a modified preliminary injunction for the reasons noted in the decision of the United States Court of Appeals for the Seventh Circuit.

IT IS THEREFORE ORDERED that HEA 1210, Indiana Code § 5-22-17-5.5, is preliminarily enjoined as violating 42 U.S.C. § 1396a(a)(23), for the reasons noted in this Court's original preliminary injunction determination as affirmed by the Seventh Circuit.

IT IS FURTHER ORDERED that plaintiffs' request for a preliminary injunction as to the application of HEA 1210, Indiana Code § 5-22-17-5.5, to the receipt by Planned Parenthood of Indiana, Inc., of funding pursuant to a block grant for programs related to sexually transmitted diseases, 42 U.S.C. § 247c(c) is DENIED.

IT IS FURTHER ORDERED that in all other respects this Court's prior preliminary injunction determination and order is unchanged.

01/07/2013
_____
Date

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

cc:

Electronically registered counsel of record