UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD OF INDIANA, INC., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   No. 1:11-cv-630 TWP-TAB ) |
| COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The parties, by their counsel, having submitted their Stipulation to Enter Into Agreed Judgment, and the Court being duly advised, finds that final judgment should be entered as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiffs' claim concerning the unconstitutionality of Indiana Code § 16-34-2-1.1(a)(1)(E) is hereby DISMISSED with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiffs' claim that Indiana Code § 5-22-17-2.2 (b)-(d) is unconstitutional and unlawful as applied to Planned Parenthood's receipt of Preventive Health Services Block grant funds through a contract with the Indiana State Department of Health is hereby DISMISSED with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that application of Indiana Code § 5-22-17-5.5(b)-(d) to deny Planned Parenthood of Indiana, Inc. Medicaid funding and reimbursement is unlawful as violating 42 U.S.C. § 1396a(a)(23) by denying Planned

Parenthood of Indiana, Inc.'s Medicaid patients a free choice of medical provider and, accordingly, defendants are PERMANENTLY ENJOINED from enforcing the statute to deny Medicaid funding and reimbursement to Planned Parenthood of Indiana, Inc.

IT IS FURTHER ORDERED that the time within which plaintiffs must submit their petition for attorneys' fees and costs is extended to thirty days after this date.

07/30/2013
Date

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

cc:

Electronically registered counsel of record