UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PLANNED PARENTHOOD OF INDIANA, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | No. 1:11-CV-00630 TWP-DKL |
| | ) | |
| COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**Notice of Payment of Attorneys' Fees and Costs**

Plaintiffs, by their counsel, say that:

1.      As noted in their earlier filing (ECF No. 112), the plaintiffs and defendants have reached an agreement on plaintiffs' claims for attorneys' fees and costs.

2.      On this date checks containing the agreed upon amounts have been mailed by defendants' counsel to counsel employed by Planned Parenthood Federation of America and the American Civil Liberties Union Foundation Reproductive Freedom Project and a check has been delivered to counsel employed by the ACLU of Indiana.

3.      Accordingly, the plaintiffs' claims for attorneys' fees and costs have been fully resolved and this matter may be closed.

WHEREFORE, plaintiffs file this Notice of Payment of Attorneys' Fees and Costs.

/s/ *Kenneth J. Falk*
Kenneth J. Falk
ACLU of Indiana
1031 E. Washington Street
Indianapolis, IN 46202

317/635-4059  ext. 104
fax:  317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2013, a copy of the foregoing was filed electronically with the Clerk of this Court.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and the parties may access this filing through the Court's system.

Thomas M. Fisher
Solicitor General
tom.fisher@atg.in.gov

Heather L. Hagan
Deputy Attorney General
heather.hagan@atg.in.gov

Ashley T. Harwel
Deputy Attorney General
Ashley.harwel@atg.in.gov

Eric A. Koch
eric@thekochlawfirm.com

/s/ Kenneth J. Falk
Kenneth J. Falk
Attorney at Law