# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I, ALASKA, INDIANA, KENTUCKY, INC., DR. MICHAEL KING, M.D., LETITIA CLEMONS, DEJIONA JACKSON by her guardian and next friend JACKIE GRUBBS, <br><br> Plaintiffs, <br><br> v. <br><br> COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH in his official capacity, DIRECTOR OF THE INDIANA STATE BUDGET AGENCY in his official capacity, COMMISSIONER OF THE INDIANA DEPARTMENT OF ADMINISTRATION in his official capacity, THE PROSECUTOR OF MARION COUNTY in his official capacity, THE PROSECUTOR OF MONROE COUNTY in his official capacity, THE PROSECUTOR OF TIPPECANOE COUNTY in his official capacity, SECRETARY OF THE INDIANA FAMILY AND SOCIAL SERVS. ADMINISTRATION, <br><br> Defendants. | Case No. 1:11-cv-00630-TWP-MG |

## ORDER DIRECTING PARTIES TO FILE POSITION STATEMENTS

Currently pending before the Court is Defendants' Expedited Motion to Vacate Injunction (Filing No. 116). Defendants recently filed a Notice of Subsequent Developments reporting federal statutory changes that bear on Defendants' requested relief (Filing No. 131-1). For the reasons explained below, the Court **directs** the parties to file position statements as to whether Defendant's Motion to Vacate is presently moot in light of intervening statutory developments.

Plaintiffs filed this action in 2011, challenging provisions of Indiana House Enrolled Act 1210 ("HE 1210"), Ind. Code §§ 5-22-17-5.5(b)–(d), relating to the defunding of Planned Parenthood. In 2013, the Court entered an agreed judgment permanently enjoining Defendants from enforcing HE 1210 to deny Medicaid funding and reimbursement to Planned Parenthood (Filing No. 107). Defendants filed their Motion to Vacate in July 2025, following the United States Supreme Court's decision in *Medina v. Planned Parenthood South Atlantic*, 606 U.S. 357 (2025). Defendants now ask the Court to vacate the agreed injunction and "return to Indiana the power to enforce" HE 1210 and withhold Medicaid funds from Planned Parenthood.

The day after Defendants filed their Motion to Vacate, the federal 2025 Reconciliation Act was enacted, and Section 71113 of the Act—like HE 1210—relates to the defunding of Planned Parenthood. Pub. L. No. 119-21, § 71113, 139 Stat. 72, 300-01 (July 4, 2025). On October 1, 2025, the Secretary of the Indiana Family and Social Services Administration suspended Planned Parenthood's Medicaid enrollment pursuant to Section 71113, and Planned Parenthood has not sought administrative review of that suspension. Defendants report that Planned Parenthood's enrollment in Indiana Medicaid remains suspended and will remain suspended until July 4, 2026, "or until further notice." (Filing No. 131-1 ¶ 6).

Section 71113 was challenged in the District of Massachusetts. However, the First Circuit Court of Appeals vacated the preliminary injunction enjoining the enforcement of Section 71113, *Planned Parenthood Fed'n of Am., Inc. v. Kennedy*, 162 F.4th 155 (1st Cir. 2025), and the case has since been voluntarily dismissed. *See* Notice of Voluntary Dismissal Without Prejudice, *Planned Parenthood Fed'n of Am., Inc. v. Kennedy*, (D. Mass. Jan. 30, 2026) (No. 1:25-cv-11913).

It appears that the intervening enactment of Section 71113 has "returned to Indiana the power" to deny Medicaid funding and reimbursement to Planned Parenthood. The parties have not

2

yet had an opportunity to address whether the enactment of Section 71113, enforcement of Section 71113 against Planned Parenthood in Indiana, and dismissal of the Massachusetts action challenging 71113, moots Defendants' Motion to Vacate, at least until July 4, 2026.

Accordingly, the Court **directs** the parties to submit supplemental position statements on whether Defendants' Motion to Vacate is presently moot, and whether Defendants' Motion to Vacate should be refiled and resolved at a later date, if needed. Position statements must be filed by no later than **fourteen (14) days** from the date of this Entry and should not exceed **ten (10) pages**. Defendants may alternatively file a motion to withdraw their Motion to Vacate, which the Court would be inclined to grant without prejudice and leave to refile at a later date.

**SO ORDERED**.

Date: 2/4/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Thomas Leonard Brejcha, Jr.
THOMAS MORE SOCIETY
tbrejcha@thomasmoresociety.org

Ethan Price Davis
UNITED STATES DEPARTMENT OF JUSTICE
ethan.p.davis@usdoj.gov

Katelyn E. Doering
Office of IN Attorney General
katelyn.doering@atg.in.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Eric Allan Koch
THE KOCH LAW FIRM, P.C.
eric@thekochlawfirm.com

Paul B. Linton
SPECIAL COUNSEL, THOMAS MORE SOCIETY
pblconlaw@aol.com

Joseph Wilfred Mead
UNITED STATES DEPARTMENT OF JUSTICE
joseph.w.mead@usdoj.gov

Tamra Tyree Moore
UNITED STATES DEPARTMENT OF JUSTICE
tamra.moore@usdoj.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org