UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I, ALASKA, INDIANA, KENTUCKY, INC., *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH, *et al.*, <br><br>    Defendants. | Case No. 1:11-cv-630-TWP-MG |

**MOTION FOR CLARIFICATION**
**(Clarification requested by March 13, 2026)**

On July 3, 2025, Defendants filed an expedited motion to vacate this Court's permanent injunction under Federal Rule of Civil Procedure 60(b)(5). Dkt. 116. To date, they have not received a ruling. On February 4, 2026, the Court requested that the parties address whether the motion was moot in light of Indiana's suspension of Planned Parenthood's participation in Medicaid under Section 71113 of the 2025 Reconciliation Act. Dkt. 134 at 3. Both sides stated that the matter is not moot. Dkt. 135 at 1–2; Dkt. 136 at 1. The State also repeated its request for prompt resolution of its expedited motion to vacate the permanent injunction, Dkt. 135 at 3, while Planned Parenthood requested that the motion be held in abeyance, Dkt. 136 at 3.

In view of Planned Parenthood's request, the State respectfully requests that the Court clarify whether it is holding the motion in abeyance or is preparing a rule that will issue imminently. As the State noted in its position statement, it cannot take actions required to implement state law, such as actions to designate funds as unavailable and terminate contracts, until the motion to vacate is granted. Dkt. 135 at 2. And if the State is required to wait to implement

1

its law until just before the 2025 Reconciliation Act's moratorium expires, Planned Parenthood could once again gain access to Medicaid funds. Accordingly, the State requests that the Court provide the requested clarification so that appropriate actions can be taken.

                                          Respectfully submitted,

                                          THEODORE E. ROKITA
                                          Attorney General of Indiana

Date: February 25, 2026        By:    /s/ James A. Barta
                                          JAMES A. BARTA
                                          Solicitor General

                                          Office of the Attorney General
                                          Indiana Government Center South, Fifth Floor
                                          302 West Washington Street
                                          Indianapolis, Indiana 46204-2770
                                          Phone: (317) 232-0709
                                          Fax:  (317) 232-7979
                                          Email: James.Barta@atg.in.gov

                                          *Counsel for Defendants*