# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I, ALASKA, INDIANA, KENTUCKY, INC.,<br>DR. MICHAEL KING, M.D.,<br>LETITIA CLEMONS,<br>DEJIONA JACKSON by her guardian and next friend JACKIE GRUBBS,<br><br>     Plaintiffs,<br><br>     v.<br><br>COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH in his official capacity,<br>DIRECTOR OF THE INDIANA STATE BUDGET AGENCY in his official capacity,<br>COMMISSIONER OF THE INDIANA DEPARTMENT OF ADMINISTRATION in his official capacity,<br>THE PROSECUTOR OF MARION COUNTY in his official capacity,<br>THE PROSECUTOR OF MONROE COUNTY in his official capacity,<br>THE PROSECUTOR OF TIPPECANOE COUNTY in his official capacity,<br>SECRETARY OF THE INDIANA FAMILY AND SOCIAL SERVS. ADMINISTRATION,<br><br>     Defendants. | No. 1:11-cv-00630-TWP-MG |

## ORDER ON DEFENDANTS' MOTION FOR CLARIFICATION

This matter is before the Court on Defendants' Motion for Clarification (Filing No. 139) regarding the status of its pending Motion to Vacate (Filing No. 116). In a recent Position Statement, Plaintiffs requested that the Court hold the Motion to Vacate in abeyance (Filing No. 136). Because the Court has not yet ruled on the Motion to Vacate, Defendants seek clarification

as to whether the Court is already holding the Motion to Vacate in abeyance, or if the Court "is preparing a rule [*sic*] that will issue imminently." (Filing No. 139 at 2).

Defendants' Motion for Clarification (Filing No. 139) is **GRANTED** to the extent that the Court clarifies that it has not yet decided whether to hold the Motion to Vacate in abeyance and will issue a ruling on the Motion to Vacate in due course.

**SO ORDERED**.

Date: 3/13/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Thomas Leonard Brejcha, Jr.
THOMAS MORE SOCIETY
tbrejcha@thomasmoresociety.org

Ethan Price Davis
UNITED STATES DEPARTMENT OF JUSTICE
ethan.p.davis@usdoj.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Eric Allan Koch
THE KOCH LAW FIRM, P.C.
eric@thekochlawfirm.com

Paul B. Linton
SPECIAL COUNSEL, THOMAS MORE SOCIETY
pblconlaw@aol.com

Joseph Wilfred Mead
UNITED STATES DEPARTMENT OF JUSTICE
joseph.w.mead@usdoj.gov

Tamra Tyree Moore
UNITED STATES DEPARTMENT OF JUSTICE
tamra.moore@usdoj.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org