**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I, ALASKA, INDIANA, KENTUCKY, INC., DR. MICHAEL KING, M.D., LETITIA CLEMONS, DEJIONA JACKSON by her guardian and next friend JACKIE GRUBBS, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:11-cv-00630-TWP-MG |
| COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH in his official capacity, DIRECTOR OF THE INDIANA STATE BUDGET AGENCY in his official capacity, COMMISSIONER OF THE INDIANA DEPARTMENT OF ADMINISTRATION in his official capacity, THE PROSECUTOR OF MARION COUNTY in his official capacity, THE PROSECUTOR OF MONROE COUNTY in his official capacity, THE PROSECUTOR OF TIPPECANOE COUNTY in his official capacity, SECRETARY OF THE INDIANA FAMILY AND SOCIAL SERVS. ADMINISTRATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**<u>ORDER DENYING MOTION TO VACATE AS PREMATURE</u>**
**<u>WITHOUT PREJUDICE TO REFILE</u>**

This matter is before the Court on Defendants' Expedited Motion to Vacate Injunction filed

pursuant to Federal Rule of Civil Procedure 60(b)(5) (Filing No. 116). For the reasons explained

below, the Motion to Vacate is **denied as premature without prejudice to refile**, and the issue of

whether to vacate the Agreed Judgment in this case is **held in abeyance**.

This action challenged provisions of Indiana House Enrolled Act 1210 ("HE 1210"), Ind. Code §§ 5-22-17-5.5(b)–(d), relating to the defunding of Planned Parenthood. In 2013, the Court entered an agreed judgment (the "Agreed Judgment") permanently enjoining Defendants from enforcing HE 1210 to deny Medicaid funding and reimbursement to Planned Parenthood (Filing No. 107). Thereafter, on July 3, 2025 Defendants filed a Motion to Vacate Injunction arguing that pursuant to the United States Supreme Court's ruling in *Medina v. Planned Parenthood South Atlantic*, 606 U.S. 357 (2025), the Court must vacate the Agreed Judgment. (Filing No. 116).

The next day, the federal 2025 Reconciliation Act was enacted. Section 71113 of the Act relates to the defunding of Planned Parenthood. Pub. L. No. 119-21, § 71113, 139 Stat. 72, 300-01 (July 4, 2025). On October 1, 2025, Indiana suspended Planned Parenthood's Medicaid enrollment pursuant to Section 71113, and that suspension will remain in effect until July 4, 2026. Defendants then filed a Notice of Subsequent Developments, relaying the above updates to the Court (Filing No. 131-1), and the parties submitted supplemental position statements as to how and when the Motion to Vacate should be resolved in light of these updates. Defendants request a prompt ruling, and Plaintiffs ask the Court to hold the issue of vacatur in abeyance.

Plaintiffs suggest the more prudent option. As noted in Plaintiffs' position statement, despite the Agreed Judgment, Defendants have lawfully suspended Planned Parenthood from the Indiana Medicaid program—resulting in no federal *or* state dollars flowing to Planned Parenthood—and that suspension will remain in effect at least until July 2026 (Filing No. 136 at 3). A ruling on the Motion to Vacate would therefore have little to no practical effect .While the federal prohibition on funding is currently set to expire in July 2026 (Filing No. 135 at 2), the Court agrees with Plaintiffs that "information about whether another federal prohibition has passed during the intervening period could affect how this case proceeds." (Filing No. 136 at 3).

The Court finds no detriment to the public interest if it reserves judgment on the motion to vacate until the parties and the Court have more information. Accordingly, the Court **holds in abeyance** the issue of whether to vacate the Agreed Judgment and **DENIES** the Motion to Vacate (Filing No. 116) **as premature without prejudice to refile** closer to the anticipated expiration of Section 71113. The Court will promptly decide any renewed motion filed by Defendants at that later date.

    **SO ORDERED**.

Date:   3/24/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Thomas Leonard Brejcha, Jr.
THOMAS MORE SOCIETY
tbrejcha@thomasmoresociety.org

Ethan Price Davis
UNITED STATES DEPARTMENT OF JUSTICE
ethan.p.davis@usdoj.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Eric Allan Koch
THE KOCH LAW FIRM, P.C.
eric@thekochlawfirm.com

Paul B. Linton
SPECIAL COUNSEL, THOMAS MORE SOCIETY
pblconlaw@aol.com

Joseph Wilfred Mead
UNITED STATES DEPARTMENT OF JUSTICE
joseph.w.mead@usdoj.gov

Tamra Tyree Moore
UNITED STATES DEPARTMENT OF JUSTICE
tamra.moore@usdoj.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org