UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

PLANNED PARENTHOOD GREAT
NORTHWEST, HAWAI'I, ALASKA,
INDIANA, KENTUCKY, INC., *et al.*,

      Plaintiffs,

    v.

COMMISSIONER OF THE INDIANA
STATE DEPARTMENT OF HEALTH, *et al.*,

      Defendants.

Case No. 1:11-cv-630-TWP-MG

## NOTICE OF APPEAL

Notice is hereby given that Defendants, Commissioner of the Indiana State Department of Health, Director of the Indiana State Budget Agency, Commissioner of the Indiana Department of Administration, Prosecutor of Marion County, Prosecutor of Monroe County, Prosecutor of Tippecanoe County, and Secretary of the Indiana Family and Social Services Administration appeal to the U.S. Court of Appeals for the Seventh Circuit the Order Denying Motion To Vacate As Premature Without Prejudice To Refile, Dkt. 141.

Respectfully submitted,

Theodore E. Rokita
Indiana Attorney General

Office of the Indiana Attorney General
IGC-South, Fifth Floor                    By:    /s/ James A. Barta
302 West Washington Street                       James A. Barta
Indianapolis, Indiana 46204-2770                 Solicitor General
Telephone: (317) 232-0709
Fax: (317) 232-7979                              John P. Lowrey
Email: James.Barta@atg.in.gov                    Deputy Solicitor General

                                                 *Counsel for Defendants*