# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

March 27, 2026

**To:**   Kristine L. Seufert
District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 26-1597

Caption:
PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I,
ALASKA, INDIANA, KENTUCKY, INC., et al.,
             Plaintiffs - Appellees

v.

COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF
HEALTH, et al.,
             Defendants - Appellants

---

District Court No: 1:11-cv-00630-TWP-MG
Clerk/Agency Rep Kristine L. Seufert
District Judge Tanya Walton Pratt

Date NOA filed in District Court: 03/26/2026

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)