IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

|  |  |
|---|---|
| PLANNED PARENTHOOD OF INDIANA, INC., *et al.*,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH, *et al.*,<br><br>    *Defendants.* | No. 1:11-cv-630-TWP-MG |

## <u>STATE'S SECOND MOTION TO VACATE INJUNCTION</u>

Pursuant to Federal Rule of Civil Procedure 60(b)(5), Defendants Prosecutors of Marion, Monroe, and Tippecanoe Counties, the Commissioner of the Indiana State Department of Health, Director of the Indiana State Budget Agency, Commissioner of the Indiana Department of Administration, and the Secretary of the Indiana Family and Social Services Administration, respectfully request the Court to vacate the permanent injunction that prevents enforcement of Indiana Code § 5-22-17-5.5 against plaintiff Planned Parenthood of Indiana, Inc. Dkt. 107.

As explained in the accompanying memorandum in support, the Supreme Court has now held that private parties cannot enforce the Medicaid provision that underlies the injunction. *See Medina v. Planned Parenthood S. Atl.*, No. 23-1275, 2025 WL 1758505, at \*11 (U.S. June 26, 2025). In view of that ruling, continuing to enjoin

1

the enforcement of a democratically adopted state law would be inequitable, raise separation-of-powers and federalism concerns, and impair a vital state policy against indirectly subsidizing abortions. The Court should promptly grant the motion for the reasons in the accompanying brief in support.

WHEREFORE, the State moves this Court to vacate its final judgment and permanent injunction and enter judgment in favor of the State.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General

/s/ James A. Barta
JAMES A. BARTA
Solicitor General

JOHN LOWREY
Deputy Solicitor General

Office of the Attorney General
302 W. Washington Street
IGSC-Fifth Floor
Indianapolis, IN 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for Defendants*

2