**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

PLANNED PARENTHOOD GREAT          )
NORTHWEST, HAWAI'I, ALASKA, INDIANA,  )
KENTUCKY, INC.,                   )
DR. MICHAEL KING, M.D.,           )
LETITIA CLEMONS,                  )
DEJIONA JACKSON by her guardian and next  )
friend JACKIE GRUBBS,             )
                                  )
                Plaintiffs,       )
                                  )
        v.                        )          No. 1:11-cv-00630-TWP-MG
                                  )
COMMISSIONER OF THE INDIANA STATE  )
DEPARTMENT OF HEALTH in his official  )
capacity,                         )
DIRECTOR OF THE INDIANA STATE     )
BUDGET AGENCY in his official capacity,  )
COMMISSIONER OF THE INDIANA       )
DEPARTMENT OF ADMINISTRATION in his  )
official capacity,                )
THE PROSECUTOR OF MARION COUNTY in  )
his official capacity,            )
THE PROSECUTOR OF MONROE COUNTY in  )
his official capacity,            )
THE PROSECUTOR OF TIPPECANOE      )
COUNTY in his official capacity,  )
SECRETARY OF THE INDIANA FAMILY   )
AND SOCIAL SERVS. ADMINISTRATION,  )
                                  )
                Defendants.       )
                                  )

**ORDER SETTING EXPEDITED BRIEFING SCHEDULE**

This matter is before the Court on Defendants' Second Motion to Vacate Injunction (Filing No. 148). Defendants again move to vacate the 2013 agreed judgment in this action, which permanently enjoins Defendants from enforcing Indiana statutes relating to the defunding of Planned Parenthood. On July 3, 2025, Defendants filed their first motion to vacate the agreed judgment, but on July 4, 2025, the United States Congress enacted the 2025 Reconciliation Act,

Section 71113 of which defunded Planned Parenthood for one year—until July 4, 2026. In March 2026, given the intervening legislative action and possible future legislation, the Court held the issue of vacatur in abeyance and denied Defendants' first motion as premature, without prejudice to refile "closer to the anticipated expiration of Section 71113." (Filing No. 141 at 3).

On the evening of June 26, 2026, Defendants filed the instant Second Motion to Vacate Injunction. Due to the imminent expiration of Section 71113, the Court sets an expedited briefing schedule on the Second Motion to Vacate Injunction. Plaintiffs are **ORDERED** to file a response, if any, to the Second Motion by no later than **4:00 p.m. ET on June 30, 2026**. No reply is anticipated.

**SO ORDERED**.

Date:    6/29/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Thomas Leonard Brejcha, Jr.
THOMAS MORE SOCIETY
tbrejcha@thomasmoresociety.org

Ethan Price Davis
UNITED STATES DEPARTMENT OF JUSTICE
ethan.p.davis@usdoj.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Eric Allan Koch
THE KOCH LAW FIRM, P.C.
eric@thekochlawfirm.com

2

Paul B. Linton
SPECIAL COUNSEL, THOMAS MORE SOCIETY
pblconlaw@aol.com

John P. Lowrey
Office of IN Attorney General
john.lowrey@atg.in.gov

Joseph Wilfred Mead
UNITED STATES DEPARTMENT OF JUSTICE
joseph.w.mead@usdoj.gov

Tamra Tyree Moore
UNITED STATES DEPARTMENT OF JUSTICE
tamra.moore@usdoj.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org