**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAI'I, ALASKA, INDIANA, KENTUCKY, INC., DR. MICHAEL KING, M.D., LETITIA CLEMONS, DEJIONA JACKSON by her guardian and next friend JACKIE GRUBBS, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:11-cv-00630-TWP-MG |
| COMMISSIONER OF THE INDIANA STATE DEPARTMENT OF HEALTH in his official capacity, DIRECTOR OF THE INDIANA STATE BUDGET AGENCY in his official capacity, COMMISSIONER OF THE INDIANA DEPARTMENT OF ADMINISTRATION in his official capacity, THE PROSECUTOR OF MARION COUNTY in his official capacity, THE PROSECUTOR OF MONROE COUNTY in his official capacity, THE PROSECUTOR OF TIPPECANOE COUNTY in his official capacity, SECRETARY OF THE INDIANA FAMILY AND SOCIAL SERVS. ADMINISTRATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**<u>ORDER GRANTING SECOND MOTION TO VACATE INJUNCTION,
VACATING JULY 30, 2013 FINAL JUDGMENT AND PERMANENT INJUNCTION,
AND DIRECTING ENTRY OF AMENDED FINAL JUDGMENT</u>**

Following remand, this matter is before the Court on a Second Motion to Vacate Injunction

("Second Motion to Vacate") filed pursuant to Federal Rule of Civil Procedure 60(b)(5) by

Defendants Prosecutors of Marion, Monroe, and Tippecanoe Counties, the Commissioner of the

Indiana State Department of Health, Director of the Indiana State Budget Agency, Commissioner

of the Indiana Department of Administration, and the Secretary of the Indiana Family and Social Services Administration (collectively, "Defendants") (Filing No. 148). For the following reasons, the Court **grants** the Second Motion to Vacate with clarification, vacates the July 30, 2013 Final Judgment in this action, and directs the entry of an amended final judgment.

## I.    DISCUSSION

A fuller background of this case's facts and procedural history is found in earlier filings, including the Court's July 1, 2026 Indicative Ruling on the Second Motion to Vacate (Filing No. 153). This Order provides only a summary of information relevant to the instant Motion.

In 2011, Plaintiffs Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky, Inc. ("Planned Parenthood") Michael King, Carla Cleary, Letitia Clemons, and Dejiona Jackson (collectively, "Plaintiffs") initiated this action challenging provisions of Indiana House Enrolled Act 1210, codified at Ind. Code § 5-22-17-5.5(b)–(d) (the "Defunding Statute") on several grounds. In 2013, the parties stipulated to the entry of a final judgment in Plaintiffs' favor on their claim under a provision of the Medicaid Act, 42 U.S.C. § 1396a(a)(23) (Filing No. 106). Accordingly, on July 30, 2013, the Court entered final judgment (the "Final Judgment"), permanently enjoining Defendants from enforcing the Defunding Statute against Planned Parenthood and dismissing Plaintiffs' remaining claims with prejudice (Filing No. 107).

In June 2025, after the United States Supreme Court issued its decision in *Medina v. Planned Parenthood South Atlantic*, 606 U.S. 357 (2025), Defendants filed a motion to vacate the Final Judgment and for entry of judgment in their favor (Filing No. 116). On March 24, 2026, the Court denied Defendants' first motion to vacate as premature without prejudice to refile at a later date. (Filing No. 141). Defendants then appealed the Court's March 24, 2026 Order. *Planned Parenthood Great Nw. v. Comm'r of Ind. State Dep't Health*, No. 26-1597 (7th Cir. Mar. 27, 2026).

2

On June 26, 2026, while their appeal was still pending, Defendants filed the instant Second Motion to Vacate. The undersigned issued an Indicative Ruling on July 1, 2026—under Federal Rule of Civil Procedure 62.1—indicating that if the Seventh Circuit Court of Appeals remanded this case back to the district court, this Court would be inclined to grant the Second Motion to Vacate, vacate the Final Judgment, and enter judgment in Defendants' favor on Plaintiffs Medicaid Act claim, and also clarify that the vacatur and amended judgment would be effective only as of the dates of the vacatur and amended judgment, respectively (Filing No. 153).

On July 6, 2026 upon consideration of the Notice of Indicative Ruling and Unopposed Motion for Remand, filed on July 2, 2026, by counsel for the appellants, the Seventh Circuit Court of Appeals granted the appellants motion and the appeal was Remanded to the district court pursuant to Federal Rule of Appellate Procedure 12.1(b) for proceedings consistent with the order issued on July 1, 2026. *Planned Parenthood Great Nw.*, No. 26-1597 (7th Cir. July 6, 2026).

As explained in the Indicative Ruling (Filing No. 153), Defendants have shown that in light of the decision in *Medina*, application of the Final Judgment is no longer equitable, and relief under Federal Rule of Civil Procedure 60(b)(5) is warranted. Accordingly, Defendants' Second Motion to Vacate is **granted**. The Final Judgment and permanent injunction are **vacated**, and the Court **directs** the entry of final judgment in Defendants' favor on Plaintiffs' Medicaid Act claim.

## II.    CONCLUSION

For the reasons explained above, Defendants' Second Motion to Vacate Injunction (Filing No. 148) is **GRANTED**.  The Court **VACATES** the Final Judgment and permanent injunction entered July 30, 2013; and **DIRECTS THE ENTRY** of an Amended Final Judgment in favor of Defendants on Plaintiffs' Medicaid Act claim.

The Amended Final Judgment will be issued in a separate entry.

Vacatur of the Final Judgment and permanent injunction shall be effective as of the date of this Order, and the amended final judgment shall be effective on the date of its entry.

**SO ORDERED**.

Date: 7/7/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Thomas Leonard Brejcha, Jr.
THOMAS MORE SOCIETY
tbrejcha@thomasmoresociety.org

Ethan Price Davis
UNITED STATES DEPARTMENT OF JUSTICE
ethan.p.davis@usdoj.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Eric Allan Koch
THE KOCH LAW FIRM, P.C.
eric@thekochlawfirm.com

Paul B. Linton
SPECIAL COUNSEL, THOMAS MORE SOCIETY
pblconlaw@aol.com

John P. Lowrey
Office of IN Attorney General
john.lowrey@atg.in.gov

Joseph Wilfred Mead
UNITED STATES DEPARTMENT OF JUSTICE
joseph.w.mead@usdoj.gov

Tamra Tyree Moore
UNITED STATES DEPARTMENT OF JUSTICE
tamra.moore@usdoj.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org