**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

PLANNED PARENTHOOD GREAT                )
NORTHWEST, HAWAI'I, ALASKA, INDIANA,    )
KENTUCKY, INC.,                         )
DR. MICHAEL KING, M.D.,                  )
CARLA CLEARY, C.N.M,                     )
LETITIA CLEMONS,                         )
DEJIONA JACKSON by her guardian and next )
friend JACKIE GRUBBS,                    )
                                         )
                 Plaintiffs,             )
                                         )
          v.                             )          No. 1:11-cv-00630-TWP-MG
                                         )
COMMISSIONER OF THE INDIANA STATE        )
DEPARTMENT OF HEALTH in his official     )
capacity,                                )
DIRECTOR OF THE INDIANA STATE            )
BUDGET AGENCY in his official capacity,  )
COMMISSIONER OF THE INDIANA              )
DEPARTMENT OF ADMINISTRATION in his      )
official capacity,                       )
THE PROSECUTOR OF MARION COUNTY in       )
his official capacity,                   )
THE PROSECUTOR OF MONROE COUNTY in       )
his official capacity,                   )
THE PROSECUTOR OF TIPPECANOE             )
COUNTY in his official capacity,         )
SECRETARY OF THE INDIANA FAMILY          )
AND SOCIAL SERVS. ADMINISTRATION,        )
                                         )
                 Defendants.             )
                                         )

**AMENDED FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

All claims having now been resolved in this action, the Court now enters **FINAL JUDGMENT**:

Plaintiffs' claim concerning the unconstitutionality of Indiana Code § 16-34-2-1.1(a)(1)(E) is hereby **DISMISSED with prejudice**.

Plaintiffs' claim that Indiana Code § 5-22-17-2.2 (b)–(d) is unconstitutional and unlawful as applied to Planned Parenthood's receipt of Preventive Health Services Block grant funds through a contract with the Indiana State Department of Health is hereby **DISMISSED with prejudice**.

**Judgment is entered** in favor of Defendants and against Plaintiffs on Plaintiffs' claim that the application of Indiana Code § 5-22-17-5.5(b)–(d) to deny Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky, Inc. Medicaid funding and reimbursement is unlawful as violating 42 U.S.C. § 1396a(a)(23) by denying Planned Parenthood Great Northwest, Hawai'i, Alaska, Indiana, Kentucky, Inc.'s Medicaid patients a free choice of medical provider.

This action is **TERMINATED**.

Dated: 7/7/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

James A. Barta
Office of the Indiana Attorney General
james.barta@atg.in.gov

Thomas Leonard Brejcha, Jr.
THOMAS MORE SOCIETY
tbrejcha@thomasmoresociety.org

Ethan Price Davis
UNITED STATES DEPARTMENT OF JUSTICE
ethan.p.davis@usdoj.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

2

Eric Allan Koch
THE KOCH LAW FIRM, P.C.
eric@thekochlawfirm.com

Paul B. Linton
SPECIAL COUNSEL, THOMAS MORE SOCIETY
pblconlaw@aol.com

John P. Lowrey
Office of IN Attorney General
john.lowrey@atg.in.gov

Joseph Wilfred Mead
UNITED STATES DEPARTMENT OF JUSTICE
joseph.w.mead@usdoj.gov

Tamra Tyree Moore
UNITED STATES DEPARTMENT OF JUSTICE
tamra.moore@usdoj.gov

Gavin Minor Rose
ACLU OF INDIANA
grose@aclu-in.org